An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAWN BRIENT PRITCHETT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67195

**FILED**

FEB 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from district court orders denying a post-conviction petition for a writ of habeas corpus, a motion for evidentiary hearing, a motion for a new trial under newly discovered evidence, and a motion to hold trial attorney in contempt of court. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from an order denying a motion for evidentiary hearing or a motion to hold trial attorney in contempt of court. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Further, no decision, oral or written, had been made on the motion for a new trial and the petition when appellant filed his appeal on January 5, 2015. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-05675

cc: Hon. Elissa F. Cadish, District Judge
Shawn Brient Pritchett
Matthew Lay
Rochelle Ngyuen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk